HID 440 (Rev. 12/09) Summons in a Civil Action

Case 1:17-cv-00261-SOM-KJM   Document 8   Filed 06/29/17   Page 1 of 1   PageID #: 63

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 29 2017
at 11 o'clock and 49 min. a M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| Philip Bikle | ) | |
| _Plaintiff_ | ) | CV 17  00261 SOM KJM |
| v. | ) | Civil Action No. ~~15-00293-SOM/BMK~~ |
| Officer Clarence W. Davies III, in his individual capacity | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Officer Clarence W. Davies III

County of Hawai'i
Police Department
349 Kapiolani Street
Hilo, Hawai'i 96720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Philip Bikle
P.O. Box 792
Mountain View, Hawai'i 96771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA

CLERK OF COURT

Date: JUN 29 2017



_Signature of Clerk or Deputy Clerk_