AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP BIKLE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV NO. 17-00261 SOM-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| OFFICER CLARENCE W. DAVIES III, IN HIS INDIVIDUAL CAPACITY | July 6, 2017 At 1 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment in entered in favor of Officer Clarence W. Davies, III pursuant to the "Order Dismissing First Amended Complaint, Order Denying As Moot Application To Proceed In Forma Pauperis; Exhibit A" filed on July 5, 2017, ECF NO. [10].

| July 6, 2017 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |